97 A.3d 733

Marvin GILMORE, Petitioner

v.

COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY,
et. al.; District Attorney of Philadelphia County, et. al.,
Respondents.

No. 78 EM 2014.

Supreme Court of Pennsylvania.

Aug. 8, 2014.

## ORDER

PER CURIAM.

AND NOW, this 8th day of August, 2014, the Application for Leave to File Original Process and the Petition for Writ of Mandamus and/or Extraordinary Relief are **DISMISSED.** *See Commonwealth v. Reid*, 537 Pa. 167, 642 A.2d 453 (1994) (hybrid representation not permitted). The Prothonotary is directed to forward the filings to counsel of record.

97 A.3d 733

WELLS FARGO BANK, NA

v.

John DOE, Robin Nixon and Raymond Pratt.

Petition of Robin Nixon.

No. 76 EM 2014.

Supreme Court of Pennsylvania.

Aug. 8, 2014.

## ORDER

PER CURIAM.

AND NOW, this 8th day of August, 2014, the Petition for Review is **DENIED.**